UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 09-10654

      Plaintiff,   DISTRICT JUDGE
           ARTHUR J. TARNOW
v.

           MAGISTRATE JUDGE
RAYMOND B. RIPPY,   MONA K. MAJZOUB

      Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S RECOMMENDATION [27] AND DISMISSING REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS [18]

On September 14, 2009, Magistrate Judge Majzoub issued a Report and Recommendation [27] that the Request for Hearing About The Garnishment and Claim for Exemptions be dismissed. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that the Request for Hearing About the Garnishment and Claim for Exemptions [18] is **DISMISSED.**

    **SO ORDERED.**


                S/ARTHUR J. TARNOW
                Arthur J. Tarnow
                United States District Judge

Dated:  October 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 7, 2009, by electronic and/or ordinary mail.

                                    S/THERESA E. TAYLOR
                                    Case Manager